■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MORGAN, Appellant. [619 NYS2d 983] —Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), is sufficient to support defendant's conviction of conspiracy in the second degree (Penal Law § 105.15) and criminal possession of a controlled substance in the first degree (Penal Law § 220.21 [1]), and the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495).

We reject defendant's contentions that the conspiracy count

of the indictment is jurisdictionally defective (Penal Law
§ 105.25 [1]; *see, People v Peckens,* 153 NY 576) and that
defendant's retrial is barred by the constitutional and statu-
tory protections against double jeopardy *(see, People v Perkins,*
156 AD2d 595, *lv denied* 76 NY2d 740). (Appeal from Judg-
ment of Oneida County Court, Buckley, J.—Criminal Posses-
sion Controlled Substance, 1st Degree.) Present—Denman,
P. J., Green, Fallon, Callahan and Boehm, JJ.